IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–01032–EWN–MEH

TERENCE STEPHENS,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC.,
A Kansas corporation,

    Defendant.

---

### **ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the court on the "Motion for Dismissal with Prejudice" filed June 30, 2006. The court having read the Motion for Dismissal filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 30th day of June, 2006.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                United States District Judge